KENT *v.* HIBERNIA SAVINGS, BUILDING & LOAN ASSOCIATION.

GRICE, Justice.   1.   Under the allegations of the petition as amended, and the undisputed evidence in the case, the defendant in error was incorporated as a building and loan association, its charter accepted by the stockholders, and all of its transactions with the plaintiff in error were in compliance with the provisions of the Code, § 16-101, which authorizes such associations to lend money to persons not members thereof, nor shareholders therein, at eight per cent. or less, and to aggregate the principal and interest at the date of the loan for the entire period of the loan, and to divide the sum of the principal and the interest for the entire period of the loan into monthly installments, and to take as security therefor real estate situated in the county in which such building and loan association is located.   Thus the transaction in this case was not usurious.   Nothing here ruled is in conflict with the rulings made by this court on a former hearing, in *Kent* v. *Hibernia Savings, Building & Loan Association*, 190 *Ga.* 764 (10 S. E. 2d, 759), in view of the subsequent amendment of the petition and the evidence to support the same.

2.   There was evidence to support the finding of the jury in favor of the plaintiff, and the court did not err in refusing a new trial.

*Judgment affirmed.   All the Justices concur.*

No. 13976.   MARCH 10, 1942.

*Lowndes Calhoun,* for plaintiff in error.   *Clarke & Clarke,* contra.